MARSHALL BROTHERS *v.* TOWN OF CANAAN.

May Term, 1920.

Present: WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed October 5, 1920.

*Judgment in Vacation—Exceptions Not Filed Within Thirty Days Thereafter Ineffectual.*

Under G. L. 1609, 2258, where judgment was rendered in vacation, and exceptions were not filed within thirty days of the filing of the judgment order in the office of the county clerk, the exceptions are ineffectual, and the Supreme Court has no jurisdiction.

ACTION OF CONTRACT to recover taxes paid under protest. Plea, the general issue. Heard on an agreed statement of facts after the April Term, 1920, *Stanton, J.,* presiding. Judgment for the defendant. The plaintiffs excepted. The defendant filed a motion in Supreme Court to dismiss the plaintiffs' exceptions because they were not filed until more than thirty days after the filing of the judgment order.

*T. F. Johnson* and *Amey & Cameron* for the plaintiffs.

*Henry Lund* and *Searles & Graves* for the defendant.

WATSON, C. J.   This case, standing on an agreed statement of facts, was left with the presiding judge to render judgment in

vacation. The judgment order was filed on July 23, 1919. Plaintiffs' exceptions were not filed until thirty-six days thereafter. Defendant moves that the exceptions be dismissed because not filed within the time limited by statute.

The judgment being rendered in vacation, the time within which exceptions could be filed was, by G. L. 1609, to be computed from the day when the judgment order was filed in the office of the county clerk. And since the exceptions were not filed within thirty days thereafter, they were ineffectual, and this Court has no jurisdiction. G. L. 2258; *Gordon* v. *Mead,* 81 Vt. 36, 69 Atl. 134. If the time could have been extended, no attempt was made to do so.

*Exceptions dismissed.*